CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 11 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DOUGLAS A. HOGLAN, | ) | Civil Action No. 7:13-cv-00258 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| A. DAVID ROBINSON, et al., | ) | By: Hon. Jackson L. Kiser |
|     Defendants. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Defendants' motion for summary judgment is **GRANTED** as to the part of claim 7 against defendants Walz, Garman, A. Robinson, and Clarke, and it is **DENIED** as to the part of claim 7 against defendants Young and Hinkle and claims of retaliation against Sutphin, Cartwright, Hall, and Boyd; all defendants except Young, Hinkle, Sutphin, Cartwright, Hall, and Boyd are **TERMINATED**; a jury trial is necessary to resolve questions of damages against Young, liability and damages as to whether Hinkle is liable as a supervisor for Young's ban, and liability and damages as to whether Sutphin, Cartwright, Hall, and Boyd unlawfully retaliated against Plaintiff; and this matter is **TRANSFERRED** to the docket of the Honorable James P. Jones, United States District Judge for the Abingdon Division of this court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff and counsel of record for Defendants.

ENTER: This 11th day of June, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge